**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNY RAMIREZ, | ) | NO. CV 12-9937 AG (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 30, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE